

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| AMO ENTERPRISES, INC. d/b/a MONTANA VISTA FOOD STORE, | § § | No. 08-12-00024-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. Three |
| ARNULFO VASQUEZ, | § | of El Paso County, Texas |
| Appellee. | § § | (TC# 2010-982) |

**MEMORANDUM OPINION**

Pending before the Court is a joint motion to dismiss Appellant's appeal. TEX. R. APP. P. 42.1(a). The parties represent to the Court that all matters involved in the appeal have been fully and finally compromised and settled.

We have considered the motion and conclude that the motion should be granted. We therefore grant the motion and dismiss the appeal without prejudice. The parties have agreed that costs are to be paid by the party incurring them as set forth in the settlement agreement. *See* TEX. R. APP. P. 42.1(d).


May 15, 2013                                          GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.